IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JONATHAN HAMER ex rel. UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BOND PHARMACY INC., a Delaware corporation trading as Advanced Infusion Solutions, <br><br> Defendant. | Civil Action No. 3:23-CV-1472-N |

## **ORDER**

    This case was brought under the False Claims Act and analogous state laws by plaintiff-relator Jonathan Hamer on behalf of the United States and various State government entities identified in the First Amended *Qui Tam* Complaint, and with respect to Count Three on behalf of Hamer himself.  The United States and the various States having now declined to intervene with respect to the counts applicable to them, and upon consideration of the Consent Motion for Partial Dismissal of Plaintiff-Relator's First Amended *Qui Tam* Complaint As to All Counts Other than Count Three (the "Motion") filed by Hamer and the accompanying Consent Statement noting the consent of the United States and the various States to the dismissal, without prejudice, of the Counts other than Count Three, it is hereby ORDERED that:

    1.    The Motion is hereby GRANTED and the claims in the first amended complaint other than Count Three are dismissed without prejudice as to Hamer and without prejudice as to the United States and the various States.  This dismissal does not affect Count Three, which remains pending.  Hamer is hereby authorized and directed to obtain a summons from the Clerk of Court and to serve defendant in compliance with Rule 4 (or to secure an appropriate waiver of

service) so that this case may proceed as to Count Three.

    2.    The Clerk of Court is directed to UNSEAL the Complaint, the First Amended Complaint, and Motion and accompanying Consent Statement, and this Order, and publicly docket them. All other filings that pre-date the date of this Order shall remain under seal.

    3.    This action is also UNSEALED going forward, such that all filings made after the date of this Order shall be publicly docketed unless filed under seal pursuant to a later order from the Court or as part of a motion to seal submitted in compliance with the local rules for sealed filings.

SIGNED August 23, 2024.

_____
David C. Godbey
Chief United States District Judge

2