UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| Jonathan Hamer ex. rel. UNITED STATES OF AMERICA, THE STATE OF CALIFORNIA, THE STATE OF DELAWARE, THE STATE OF FLORIDA, THE STATE OF GEORGIA, THE STATE OF HAWAII, THE STATE OF ILLINOIS, THE STATE OF INDIANA, THE STATE OF LOUISIANA, THE STATE OF MICHIGAN, THE STATE OF MONTANA, THE STATE OF NEVADA, THE STATE OF NEW JERSEY, THE STATE OF NEW MEXICO, THE STATE OF NEW YORK, THE STATE OF OKLAHOMA, THE STATE OF RHODE ISLAND, THE STATE OF TENNESSEE, THE STATE OF TEXAS, THE STATE OF WISCONSIN, THE COMMONWEALTH OF MASSACHUSETTS, THE COMMONWEALTH OF VIRGINIA, THE DISTRICT OF COLUMBIA, THE CITY OF CHICAGO, THE STATE OF CONNECTICUT, THE STATE OF COLORADO, THE STATE OF MARYLAND, THE STATE OF IOWA, and THE STATE OF WASHINGTON<br><br>      Plaintiffs<br><br>v.<br><br>BOND PHARMACY, INC. a DELAWARE CORPORATION, trading as ADVANCED INFUSION SOLUTIONS<br><br>      Defendant | § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 3:23-cv-1472-G<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

NOTICE OF SETTLEMENT

    Plaintiff Jonathan Hamer ("Plaintiff") files this notice of settlement and would show as follows:

    1.    Plaintiff and Defendant (the "Parties") reached a settlement through mediation on January 9, 2025.

NOTICE OF SETTLEMENT - Page 1

2. The Parties are in the process of finalizing settlement documents and ask for 30 days to file a stipulation of, or motion for, dismissal with prejudice.

3. Any previously remaining issues between the Parties have been resolved by settlement.

Respectfully submitted,

Kilgore & Kilgore, PLLC

/s/ Robert E. Goodman, Jr.
Robert E. Goodman, Jr.,
Texas Bar No. 08158100
Kilgore & Kilgore, PLLC
3141 Hood Street, Suite 500
Dallas, Texas 75219
(214) 379-0823
Email: reg@kilgorelaw.com

Begelman & Orlow, PC

/s/ Marc M. Orlow
/s/ Ross Begelman
Marc M. Orlow
Ross Begelman
Begelman & Orlow, PC
411 Route 70 East, Suite 245
Cherry Hill, New Jersey 08034
(856) 428-6020
Email: marc.orlow@begelmanorlow.com
Email: ross.begelman@begelmanorlow.com

COUNSEL FOR PLAINTIFF